John V. Picone III (State Bar No. 187226)
Jennifer S. Coleman (State Bar No. 213210)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendant
Patriot Memory, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation, | CASE NO.  3:13-cv-02916-LAB-DHB |
| Plaintiff, | **DEFENDANT PATRIOT MEMORY, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| Patriot Memory, LLC, | Demand for Jury Trial |
| Defendant. | |

Defendant Patriot Memory, LLC, a Delaware limited liability company, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Rule 40.2, and states the following:

1.     Patriot Memory, LLC is owned by Patriot Memory Holdings, LLC, which in turn is owned by Peripheral Devices & Products Systems, Inc.; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1094320.1

DEFENDANT PATRIOT MEMORY, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST
3:13-CV-02916-LAB-DHB

1  2. No publicly held corporation owns ten percent (10%) or more of
2  Patriot Memory, LLC.

3  Dated: March 20, 2014                           HOPKINS & CARLEY
                                                   A Law Corporation
4

5
                                                   By: */s/ John V. Picone III*
6                                                      John V. Picone III
                                                       Attorneys for Defendant
7                                                      Patriot Memory, LLC
                                                       Email: jpicone@hopkinscarley.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1094320.1                          - 2 -
DEFENDANT PATRIOT MEMORY, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST
                                                   3:13-CV-02916-LAB-DHB

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 20th day of March, 2014, at San Jose, California.

HOPKINS & CARLEY
A Law Corporation


By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Defendant
Patriot Memory, LLC
Email: jpicone@hopkinscarley.com

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\1094320.1

DEFENDANT PATRIOT MEMORY, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST
3:13-CV-02916-LAB-DHB