1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT MEMORY, LLC,<br><br>Defendant. | Civil No.  13cv2916 H (BGS)<br><br>**NOTICE AND ORDER FOR TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE IN PATENT CASES** |

        IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case
will be held on **May 28, 2014**, at **2:00 p.m.** before United States Magistrate Judge
Bernard G. Skomal.  Due to limited availability on the Court's calendar, the
conference shall be telephonic, with attorneys only.  Plaintiff's attorney shall
coordinate and initiate the conference call.

        **The following are mandatory guidelines for the parties preparing for
the Early Neutral Evaluation Conference.**

        1.      **Purpose of Conference:**  The purpose of the Early Neutral
Evaluation Conference ("ENE") is to permit an informal discussion of every aspect
of the lawsuit in an effort to achieve an early resolution of the case.  All conference
discussions will be informal, off the record, privileged and confidential.  If the
parties agree that a further settlement conference, in-person, with attorneys and

1

1    parties, will be productive, one can be scheduled at the ENE.

2        2. **Confidential ENE Statements Required:**  No later than **fourteen (14)**

3    **days before the ENE**, the parties must submit confidential statements of seven

4    pages or less directly to Judge Skomal.  The statements must set forth the pertinent

5    legal and factual issues in the case, but should focus on issues most pertinent to

6    settling the matter.  <u>These statements shall not be filed or served on opposing</u>

7    <u>counsel.</u>  ENE statements must be emailed to **efile_Skomal@casd.uscourts.gov**.

8        3.    **New Parties Must Be Notified by Plaintiff's Counsel:**  Plaintiff's

9    counsel shall give notice of the ENE to parties responding to the complaint after the

10   date of this notice.

11       4.    **Case Management Under the Amended Federal Rules and Local**

12   **Patent Rules:**  In the event the case does not settle at the ENE, the parties can

13   expect to end the ENE with Rule 26 compliance dates and deadlines, and a Case

14   Management Order including a Claim Construction briefing schedule and hearing

15   date. **Parties shall therefore meet and confer pursuant to Fed. R. Civ. P. 26(f)**

16   **no later than 21 days before the ENE**:

17       a.    Any anticipated objections under Federal Rule of Civil Procedure
             26(a)(1)(E) to the initial disclosure provisions of Federal Rule of
18            Civil Procedure 26(a)(1)(A-D) and the date of initial disclosures;

19       b.    Whether the parties will request the preservation and production of

20            Electronically Stored Information ("ESI") and, if so:

21            i. the nature, location, and scope of discoverable ESI;
             ii. the agreed form of production;
22            iii. the agreed search methodology;
             iv. whether any proportionality issues exist and whether the parties
23            have identified issues with respect to inaccessible ESI;

24       c.    Any proposed modification of the deadlines provided for in the
             Patent Local Rules, and the effect of any such modification on the
25            date and time of the Claim Construction Hearing, if any;

26       d.    The need for and specific limitations on discovery relating to claim
             construction, including depositions of percipient and expert
27            witnesses; and
             Any proposed modifications to the limitations on discovery imposed
28            under the Federal Rules of Civil Procedure or by local rule;

1        e.      The need, if any, to phase damage discovery.

2        The parties must include their positions with respect to the above issues in

3 a **Joint Discovery Plan** submitted to Judge Skomal's chambers, as well as filed on

4 the CM/ECF system at least **fourteen (14) days before the ENE.**

5        The Court will issue an order following the ENE addressing these issues

6 and setting dates as appropriate.

7        5.     **Requests to Continue an ENE Conference:**  Local Patent Rule

8 2.1.a requires that an ENE take place within 60 days of the filing of the first answer.

9 Requests to continue ENEs are rarely granted. **Absent extraordinary**

10 **circumstances, requests for continuances will <u>not</u> be considered _unless_**

11 **submitted in _writing_ no less than twenty-one (21) days prior to the scheduled**

12 **conference.**

13        6.     **Settlement Prior to ENE Conference:**   The Court encourages the

14 parties to work on settling the matter in advance of the ENE Conference.  In the

15 event that the parties resolve the matter prior to the day of the conference, the

16 following procedures must be followed before the Court will vacate the ENE and

17 excuse the parties from appearing telephonically:

18         A.  The parties may file a Joint Motion to Dismiss and submit a

19 proposed order to the assigned district judge.  If a Joint Motion to Dismiss is filed,

20 the Court will immediately vacate the ENE;

21         B.  If the parties settle more than 24 hours before the conference but

22 are not able to file a Joint Motion to Dismiss, they must file a Notice of Settlement

23 containing the electronic signatures of counsel for all settling parties and must also

24 identify a date by which the Joint Motion to Dismiss will be filed;

25         C.  If the parties settle less than 24 hours before the conference,

26 counsel for the settling parties must JOINTLY call chambers and inform the Court

27 of the settlement and receive Court permission to not appear at the ENE.

28        Questions regarding this case or the mandatory guidelines set forth herein

1    may be directed to Skomal's research attorney at (619) 557-2993.

2            A Notice of Right to Consent to Trial Before a United States Magistrate

3    Judge is attached for your information.

4            IT IS SO ORDERED.

5    DATED: March 25, 2014

6

7                                    Hon. Bernard G. Skomal
                                     U.S. Magistrate Judge
8                                    United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

2

3          In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby
notified that a U.S. Magistrate Judge of this district may, upon the consent of all
parties on form1a (available in the clerk's office), conduct any or all proceedings,
including a jury or non-jury trial, and order the entry of a final judgment.  Counsel
for the plaintiff shall be responsible for obtaining the consent of all parties, should
they desire to consent.

4

5

6          You should be aware that your decision to consent or not to consent is
entirely voluntary and should be communicated solely to the Clerk of Court.  Only if
all parties consent will the Judge or Magistrate Judge to whom the case has been
assigned be informed of your decision.

7

8

9          Judgments of the U.S. Magistrate Judges are appealable only to the U.S.
Court of Appeals in accordance with this statute and the Federal Rules of Appellate
Procedure.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13cv2916 H (BGS)